FILED - CLERK
U.S. DISTRICT COURT

2005 MAY 11  PM 4: 47

TX EASTERN-BEAUMONT

BY_____



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES DAVENPORT, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 1:04-cv-313 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| *Defendants.* | § | |

### MEMORANDUM ORDER OF DISMISSAL
### AND ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for the United States District Court, Eastern District of Texas, Appendix B, the Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration of and recommended disposition of pretrial matters and proceedings. Judge Giblin recommended that this proceeding be dismissed.

On May 18, 2004, *pro se* Plaintiff Charles Davenport filed this civil action in the United States District Court for the Eastern District of Texas, Beaumont Division, seeking judicial review of the Defendant Commissioner's decision to deny his application for social security benefits. *See Complaint* [Clerk's doc. #1]. Almost one year later, the Defendant Commissioner filed her *Motion for Involuntary Dismissal* [Clerk's doc. #11] requesting that the Court dismiss Plaintiff's complaint for failure to prosecute his claim and to comply with the court-ordered briefing schedule. Judge Giblin issued a *Report and Recommendation* on the dismissal of Mr. Davenport's case [Clerk's doc.

#12]. He recommended that the Court grant the Commissioner's motion and dismiss this civil action.

To date, Plaintiff has not filed objections to the report. The Court therefore agrees with the Commissioner and Judge Giblin that this proceeding should be dismissed for lack of prosecution.

Accordingly, the Court **ORDERS** that the Magistrate's *Report and Recommendation on Dismissal* [Clerk's doc. #12] is **ADOPTED.** The Court further **ORDERS** that the Defendant's *Motion for Involuntary Dismissal* [Clerk's doc. #11] is **GRANTED** and Plaintiff's *Complaint* [Clerk's doc. #1] is **DISMISSED** with prejudice for want of prosecution under Federal Rule of Civil Procedure 41(b). All motions not addressed herein are denied as **MOOT** and this matter shall be closed.

It is so ordered.

**SIGNED** this 3rd day of May, 2005.

HOWELL COBB
UNITED STATES DISTRICT JUDGE